IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORIO C. FUNTANILLA, JR.,** | No. CIV-S-02-1157 LKK GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **KAREN KELLY, et al.,** | |
| Defendants. | |

Good cause appearing therefor, Defendants' request for an extension of time to and including November 18, 2005, to file their Opposition to Motion for Summary Judgment is granted.

Dated: 11/16/05

/s/ Gregory G. Hollows
_____
The Honorable GREGORY G. HOLLOWS

funt.eot

[Proposed] Order

1