IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORIO C. FUNTANILLA, JR.,**<br><br>                                     Plaintiff,<br><br>v.<br><br>**KAREN KELLY, et al.,**<br><br>                                     Defendants. | CASE NO. CIV-S-02-1157 LKK GGH P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SET ONE AND SET TWO)** |

   Defendants' first request for an extension of time to file their responses to Plaintiff's requests for production of documents was considered by this Court, and good cause appearing,

   IT IS HEREBY ORDERED, that from the date this order is served, defendants have 30 days, to file their response to Plaintiff's requests for production of documents.

DATED: 12/2/05

/s/ Gregory G. Hollows

HONORABLE GREGORY G. HOLLOWS
UNITED STATES DISTRICT JUDGE

funt1157.eot(4).wpd