IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO C. FUNTANILLA, JR.,

    Plaintiff,                    No. CIV S-02-1157 LKK GGH P

    vs.

KAREN KELLY, et al.,

    Defendants.               ORDER

_____/

        On November 22, 2005, defendants filed an application for leave to file a late response to plaintiff's statement of undisputed facts. On this date, defendants also filed the response to plaintiff's statement of undisputed facts.

        Good cause appearing, IT IS HEREBY ORDERED that defendants' November 22, 2005, application for leave to file a late response is granted; defendants' response to plaintiff's statement of undisputed facts filed November 22, 2005, is deemed timely filed.

DATED: 12/2/05

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

ggh:kj
funt1157.eot