IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA, JR.,

        Plaintiff,                    No. CIV S-02-1157 LKK GGH P

   vs.

KAREN KELLY, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve his pretrial statement. Plaintiff's summary judgment motion is pending before the court. Because it is not likely that this motion will be resolved prior to the pretrial conference and jury trial, these dates are vacated.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 12, 2006 motion for an extension of time is denied as unnecessary;

        2. The pretrial conference set for May 26, 2006, and jury trial set for August 22, 2006, before the Honorable Lawrence K. Karlton are vacated; these dates will be re-set if appropriate.

DATED: 5/23/06

                                      /s/ Gregory G. Hollows

                                      _____

funt1157.36                        GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE