IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA, JR.,

       Plaintiff,                    No. CIV S-02-1157 LKK GGH P

       vs.

KAREN KELLY, et al.,

       Defendants.              <u>ORDER</u>

_____/

       On May 5, 2006, plaintiff filed a summary judgment motion.  On May 17, 2006, defendants filed a motion to strike plaintiff's motion as untimely.  On June 22, 2006, plaintiff filed a motion to compel.

       Pursuant to the August 22, 2005, scheduling order, the discovery cut-off date was December 2, 2005, and the pretrial cut-off motion date was January 27, 2006.  Plaintiff has not shown good cause to justify the untimely filing of his motions.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Defendants' May 17, 2006, motion to strike plaintiff's May 5, 2006, summary judgment motion as untimely is granted;

       2. Plaintiff's May 5, 2006, summary judgment motion is stricken as untimely;

/////

/////

1       3.  Plaintiff's June 21, 2006, motion to compel is denied as untimely.

2  DATED: 7/14/06

3                                               /s/ Gregory G. Hollows

4  funt1157.vac                                 GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE