1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORIO C. FUNTANILLA,

11              Plaintiff,                    No. CIV S-02-1157 LKK GGH P

12        vs.

13   KAREN KELLY, et al.,

14              Defendants.              ORDER

15   _____/

16              On July 6, 2006, the court recommended that plaintiff's partial motion for

17   summary judgment be granted.  In these findings and recommendations, the court stated that

18   defendants had failed to file a separate statement of undisputed facts.  In their objections filed

19   July 26, 2006, defendants observe that on December 2, 2005, the court granted defendants'

20   request to file a late separate statement of undisputed facts.  Based on the court's mistake, and

21   especially in light of the second paragraph of these findings, the July 6, 2006, findings and

22   recommendations are vacated.  The court will issue amending findings and recommendations

23   addressing plaintiff's motion which consider defendants' separate statement of undisputed facts.

24   /////

25   /////

26   /////

                                          1

1          Accordingly, IT IS HEREBY ORDERED that the July 6, 2006, findings and

2    recommendations are vacated.

3    DATED:  7/28/06

4                                                    /s/ Gregory G. Hollows

5                                                    _____
                                                     GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE

6

7    ggh:kj
     fun1157.vac(2)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26