IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA, JR.,

        Plaintiff,                     No. CIV S-02-1157 LKK GGH P

    vs.

KAREN KELLY, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file objections to the September 7, 2006, findings and recommendations.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 21, 2006, request for an extension of time is granted;

        2. Plaintiff's objections to the September 7, 2006, findings and recommendations are due within twenty days of the date of this order.

DATED: 9/27/06

                                            /s/ Gregory G. Hollow

                                            GREGORY G. HOLLOWS
fun1157.eot                           UNITED STATES MAGISTRATE JUDGE