IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO C. FUNTANILLA,

    Plaintiff,                        No. CIV S-02-1157 LKK GGHP

    vs.

KAREN KELLY, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        On January 8, 2007, the district court denied plaintiff's motion for partial summary judgment. Accordingly, the court will re-set the pretrial conference and jury trial. On May 19, 2006, defendants filed a pretrial statement. Defendants may file a supplemental pretrial statement following receipt of plaintiff's pretrial statement if they wish.

        IT IS HEREBY ORDERED that:

        1. The pretrial conference is set for April 6, 2007; plaintiff's pretrial statement is due on or before March 9, 2007; defendants' supplemental pretrial statement is due on or before March 23, 2007;

/////

/////

/////

1

1  2. The jury trial is set for June 26, 2007, at 10:30 a.m. before the Honorable
2  Lawrence K. Karlton.
3  DATED: 1/17/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

fun1157.sch