1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GREGORIO C. FUNTANILLA,

11              Plaintiff,                    No. CIV S-02-1157 LKK GGH P

12         vs.

13    KAREN KELLY, et al.,

14              Defendants.              <u>ORDER</u>

15    _____/

16              Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17    42 U.S.C. § 1983.  Pending before the court is defendants' March 20, 2007, request to modify the

18    scheduling order and for leave to file a summary judgment motion.  For the following reasons,

19    this motion is denied.

20              On August 22, 2005, the court issued the original scheduling order.  In this order,

21    the court set the motion cut-off deadline for January 27, 2006.  On November 7, 2005, plaintiff

22    filed a motion for partial summary judgment.  On May 19, 2006, defendants filed a pretrial

23    statement.  In the section titled "Further Discovery or Motions," defendants stated, "Anticipated

24    Motion for Summary Judgment if leave is granted."  May 19, 2006, pretrial statement, p. 14.

25              On May 23, 2006, the court issued an order vacating the pretrial conference and

26    jury trial pending resolution of plaintiff's motion.  On September 7, 2006, the court

1  recommended that plaintiff's motion be denied.  On January 8, 2007, the Honorable Lawrence K.

2  Karlton adopted these findings and recommendations.  On January 17, 2006, the court issued a

3  new scheduling order setting the pretrial conference for April 6, 2007, and the jury trial for June

4  26, 2007, before Judge Karlton.

5          In the pending request, defendants seek leave to file a summary judgment motion.

6  Defendants state that the former Deputy Attorney General who was assigned to the case prior to

7  April 2006 was in the process of leaving the office to assume an appointed position with another

8  state agency.  Defendants state that it is anticipated that their summary judgment motion will

9  result in the dismissal of most, if not all, of the remaining defendants and claims.

10          Present counsel has been assigned to this case since April 2006.  There is no

11  explanation as to why counsel waited approximately 11 months to make the pending request.

12  The sentence in defendants' pretrial statement that they anticipated filing a summary judgment

13  motion if leave was granted did not constitute a proper request for leave to file a belated

14  summary judgment motion.

15          The court sets deadlines for the filing of pretrial motions, etc. so that cases move

16  forward and are resolved in a timely and efficient fashion.  While the court extends those

17  deadlines upon a showing of good cause, for the reasons discussed above, the court finds no good

18  cause has been shown to grant the pending request.

19          On March 14, 2007, plaintiff filed a request that the court re-set the deadline for

20  the filing of his pretrial statement due to inadequate law library access caused by a chicken-pox

21  out break.  Good cause appearing, the court will grant plaintiff a thirty day extension of time to

22  file his pretrial statement.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  Defendants' March 20, 2007, request to modify the scheduling order is denied;

25  /////

26  /////

1        2.  Plaintiff's request for an extension of time to file a pretrial statement is

2  granted; plaintiff's pretrial statement is due within thirty days of the date of this order;

3  defendants' pretrial statement is due twenty days thereafter.

4  DATED:  4/3/07

                       /s/ Gregory G. Hollows

                       UNITED STATES MAGISTRATE JUDGE

funt1157.ord

3