1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORIO FUNTANILLA, JR.,

11           Plaintiff,                    No. CIV S-02-1157 LKK GGH P

12        vs.

13   KAREN KELLY, et al.,

14           Defendants.                   ORDER

15   _____/

16           On April 6, 2007, plaintiff filed a motion to vacate the June 26, 2007, trial date,

17   on grounds that he could not prepare a timely pretrial statement because he was just released

18   from medical quarantine.  On April 3, 2007, the court granted plaintiff a thirty day extension of

19   time to file his pretrial statement.  For this reason, the motion to vacate the trial date is denied as

20   unnecessary.

21           Accordingly, IT IS HEREBY ORDERED that plaintiff's April 6, 2007, motion to

22   vacate the trial date is denied as unnecessary.

23   DATED:  4/27/07

                                             /s/ Gregory G. Hollows
24
                                    _____
25                                  UNITED STATES MAGISTRATE JUDGE

     fun1157.den
26

                                          1