IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA, JR.,

    Plaintiff,                    No. CIV S-02-1157 LKK GGH P

    vs.

KAREN KELLY, et al.,

    Defendants.              ORDER

_____/

        On April 16, 2007, plaintiff filed a motion for relief pursuant to Fed. R. Civ. P. 60(b) from the September 7, 2006, findings and recommendations recommending that his motion for partial summary judgment be denied and the January 8, 2007, order adopting these findings and recommendations. The court construes this motion as a request for reconsideration.

Standards For Motions To Reconsider

        Although motions to reconsider are directed to the sound discretion of the court, Frito-Lay of Puerto Rico, Inc. v. Canas, 92 F.R.D. 384, 390 (D.C. Puerto Rico 1981), considerations of judicial economy weigh heavily in the process. Thus Local Rule 78-230(k) requires that a party seeking reconsideration of a district court's order must brief the "new or different facts or circumstances [which] were not shown upon such prior motion, or what other grounds exist for the motion." The rule derives from the "law of the case" doctrine which provides that the decisions on legal issues made in a case "should be followed unless there is

substantially different evidence . . . new controlling authority, or the prior decision was clearly erroneous and would result in injustice." Handi Investment Co. v. Mobil Oil Corp., 653 F.2d 391, 392 (9th Cir. 1981); see also Waggoner v. Dallaire, 767 F.2d 589, 593 (9th Cir. 1985), cert. denied, 475 U.S. 1064 (1986).

Courts construing Federal Rule of Civil Procedure 59(e), providing for the alteration or amendment of a judgment, have noted that a motion to reconsider is not a vehicle permitting the unsuccessful party to "rehash" arguments previously presented, or to present "contentions which might have been raised prior to the challenged judgment." Costello v. United States, 765 F.Supp. 1003, 1009 (C.D.Cal. 1991); see also F.D.I.C. v. Meyer, 781 F.2d 1260, 1268 (7th Cir. 1986); Keyes v. National R.R. Passenger Corp., 766 F. Supp. 277, 280 (E.D. Pa. 1991). These holdings "reflect[] district courts' concerns for preserving dwindling resources and promoting judicial efficiency." Costello, 765 F.Supp. at 1009.

After considering the record, the court finds that plaintiff's motion for reconsideration is without merit.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 16, 2007, motion for relief is construed as a request for reconsideration; and

2. Upon reconsideration, this court's order of January 8, 2007, is affirmed.

DATED: May 7, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT