IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO C. FUNTANILLA,

      Plaintiff,               No. CIV S-02-1157 LKK GGH P

    vs.

KAREN KELLY, et al.,

      Defendants.          <u>ORDER</u>

_____/

        On April 3, 2007, the court ordered plaintiff's pretrial statement due within thirty days. Thirty days passed and plaintiff did not file a pretrial statement.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, plaintiff shall show cause for his failure to file a timely pretrial statement.

DATED: 5/15/07

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

funt1157.osc

1