IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA, JR.,

        Plaintiff,                  No. CIV S-02-1157 LKK GGH P

   vs.

KAREN KELLY, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On May 15, 2007, the court ordered plaintiff to show cause for his failure to file a timely pretrial statement. On May 21, 2007, plaintiff filed his pretrial statement.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The May 15, 2007, show cause order is vacated;

        2. Defendants' pretrial statement is due within twenty days of the date of this order;

        3. The jury trial set for June 26, 2007, before the Honorable Lawrence K. Karlton is vacated; the jury trial will be re-set in the pretrial order.

DATED: 5/31/07                             /s/ Gregory G. Hollows

fun1157.ord                             UNITED STATES MAGISTRATE JUDGE

1