# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GREGORIO C. FUNTANILLA,

           Plaintiff,                No. CIV S-02-1157 LKK GGH P

   vs.

KAREN KELLY, et al.,

                        **ORDER & WRIT OF HABEAS CORPUS**

           Defendants.        **AD TESTIFICANDUM FOR PLAINTIFF'S**

                        /       **APPEARANCE VIA VIDEO CONFERENCE**

       GREGORIO C. FUNTANILLA, inmate # C-90825, a necessary and material witness in proceedings in this case on September 10, 2007, is confined in California Substance Abuse Treatment Facility and State Prison-Corcoran, 900 Quebec Avenue, PO Box 7100, Corcoran, CA, 93212-7100, in the custody of the Warden Ken Clark; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at California Substance Abuse Treatment Facility and State Prison-Corcoran, September 10, 2007, at 11:15 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden Ken Clark;  California Substance Abuse Treatment Facility and State Prison-Corcoran, 900 Quebec Avenue, PO Box 7100, Corcoran, CA, 93212-7100:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 8/1/07

                   /s/ Gregory G. Hollows

                   _____
                   GREGORY G. HOLLOWS
                   UNITED STATES MAGISTRATE JUDGE

GGH:bb
funt1157.84lkk