IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO C. FUNTANILLA,

     Plaintiff,            No. CIV S-02-1157 LKK GGH P

  vs.

KAREN KELLY, et al.,

     Defendants.        <u>ORDER</u>

_____/

       On September 10, 2007, a trial confirmation hearing was held before the undersigned. Plaintiff appeared in pro per. Deputy Attorney General David Sunada appeared on behalf of defendants. This action is set for jury trial on January 15, 2008.

       At the hearing, plaintiff stated that he could not comply with orders made in the pretrial order because he did not have access to his legal property. The court ordered defense counsel to investigate this matter. On September 12, 2007, defense counsel filed a notice stating that on September 14, 2007, plaintiff would have complete access to his legal files for the entire day.

/////

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that on or before October 19,
2  2007, plaintiff shall file objections to the pretrial order and further information regarding his
3  inmate witnesses as discussed in the pretrial order; plaintiff shall also file a list specifically
4  identifying his trial exhibits and serve defendants with his exhibits on or before October 19,
5  2007; following receipt of these documents, the court will schedule a further trial confirmation
6  hearing.
7  DATED: September 14, 2007.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```