IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA, JR.,

       Plaintiff,                      No. CIV S-02-1157 LKK GGH P

       vs.

KAREN KELLY, et al.,

       Defendants.             <u>ORDER</u>

                                 /

       Pursuant to court order, on September 14, 2007, plaintiff was granted access to his legal property. The court further ordered that on or before October 19, 2007, plaintiff was to file a list identifying his trial exhibits.

       On October 17, 2007, plaintiff filed a pleading stating that while he was allowed to review his legal property, certain documents were missing. Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, defendants shall file a response to plaintiff's October 17, 2007, pleading alleging that certain documents are missing from his legal property.

DATED: October 30, 2007.

                                                    LAWRENCE K. KARLTON
                                                    SENIOR JUDGE
                                                    UNITED STATES DISTRICT COURT