IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA, JR.,

        Plaintiff,                  No. CIV S-02-1157 LKK GGH P

    vs.

KAREN KELLY, et al.,

        Defendants.        <u>ORDER</u>

                                   /

         On September 14, 2007, the court ordered that on or before October 19, 2007, plaintiff was to file objections to the pretrial order, further information regarding his inmate witnesses and a list specifically describing his trial exhibits. Plaintiff was also directed to serve defendants with his exhibits on or before that time.

         On October 18, 2007, plaintiff filed further information regarding his inmate witnesses. On October 29, 2007, plaintiff filed objections to the pretrial order. On October 17, 2007, plaintiff filed a pleading stating that he could not comply with the order regarding his exhibits because after reviewing his legal property, he determined that certain documents were missing. In particular, plaintiff could not locate "all CDC 115-A forms regarding plaintiff between 1999 to October 17, 2001, at California State Prison-Sacramento." Plaintiff alleges that defendants provided these documents to him in response to a discovery request. On October 31,

1

2007, the court ordered defendants to respond to this allegation.

On November 13, 2007, defendants filed a response to plaintiff's October 17, 2007, pleading. Attached to this response is the declaration of H. Kamal, the Litigation Coordinator at the California Substance Abuse Treatment Facility and State Prison, Corcoran. H. Kamal states that plaintiff is currently housed in administrative segregation. Plaintiff's legal property, which consists of 12 boxes, is stored in two different locations because of the volume. Kamal declaration. Property records show that plaintiff is the only individual to open and access his boxes. Id. Custody staff keeps no records or indexes of the contents of plaintiff's property and there is no record or index written by plaintiff which were provided to custody staff. Id. Custody staff has no knowledge of the contents of plaintiff's legal property or the existence of the purported missing materials. Id. There is no evidence that correctional staff caused a portion of plaintiff's legal property to be missing. Id.

After reviewing the record, the court does not find that plaintiff has borne his burden of establishing prison officials are responsible for plaintiff's missing documents. Nonetheless, it appears that the problem is easily solved. Defendants shall provide plaintiff with all CDC-115-A forms regarding plaintiff between 1999 to October 17, 2001, within fifteen (15) days.

Accordingly, IT IS HEREBY ORDERED that within ten days of the date of defendants' compliance with this order, plaintiff shall file a list specifically identifying all of his trial exhibits and serve defendants with these exhibits.

DATED: November 27, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT