IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA, JR.,

    Plaintiff,                    No. CIV S-02-1157 LKK GGH P

    vs.

KAREN KELLY, et al.,

    Defendants.          ORDER

_____/

        On December 21, 2007, defendants filed a request to continue the trial due to defendant Kavelage's surgery. Good cause appearing, this request is granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The jury trial set for January 15, 2008, is vacated;

        2. A further trial confirmation hearing is set for February 25, 2008, at 11:15 a.m. before the undersigned.

DATED: January 3, 2008.

                                                                   LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT

1