IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO C. FUNTANILLA,

        Plaintiff,                  No. CIV S-02-1157 LKK GGH P

   vs.

KAREN KELLY, et al.,

        Defendants.            ORDER

_____/

        On April 3, 2008, a status conference was held.  David Springfield appeared on behalf of plaintiff.  Jeffrey Steely and Todd Irby appeared on behalf of defendants.  Following the hearing, the court ORDERED:

        1. Within thirty days of April 3, 2008, the parties shall file a joint status report; following receipt of the report, the court will issue a scheduling order;

        2. The trial confirmation hearing set before the Honorable Lawrence K. Karlton for May 5, 2008, is vacated.

DATED: 04/08/08

                              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

fun1157.sc