IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO C. FUNTANILLA, et al.,

    Plaintiffs,               No. CIV S-02-1157 LKK GGH P

   vs.

KAREN KELLY, et al.,

    Defendants.           ORDER

_____/

     Good cause having been shown, IT IS HEREBY ORDERED that the deadline for the parties to submit their joint status report is extended from May 2, 2008, to May 7, 2008.

DATED: 05/12/08

                                        /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

funt1157.ord