IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO C. FUNTANILLA,

      Plaintiff,                     No. CIV S-02-1157 LKK GGHP

   vs.

KAREN KELLY, et al.,

      Defendants.              <u>ORDER</u>

_____/

        On May 14, 2008, the parties submitted a joint status report. After reviewing the status report, the court makes the following ORDERS:

        1. All depositions shall be completed by July 31, 2008; no other discovery is permitted;

        2. Motions for summary judgment shall be filed on or before September 1, 2008; briefing of these motions shall be in accordance with the local rules;

        3. A pretrial conference is set before the Honorable Lawrence K. Karlton on February 23, 2009, at 2:00 p.m.; plaintiff's pretrial statement is due on or before February 6, 2009; defendants' pretrial statement is due on or before February 13, 2009;

/////

/////

1

1   4. Jury trial is set before the Honorable Lawrence K. Karlton on May 27, 2009, at
2 10:30 a.m.
3 DATED: 06/02/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

fun1157.ord