IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR., <br><br> Plaintiff, <br><br> v. <br><br> KAREN KELLY, et al., <br><br> Defendants. | CASE NO.: 2:02-cv-01157-LKK-GGH (PC) <br><br> **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants' request for an extension of time to file a dispositive motion was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that all Defendants have until October 1, 2008, to file their motion. **No further extensions.**

Dated: 09/05/08                    /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE

funt1157.eot