IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KAREN KELLY, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO.: 2:02-cv-01157-LKK-GGH (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

　　　　Defendants' request for an extension of time to file a dispositive motion was considered by this Court, and good cause appearing.

　　　　IT IS HEREBY ORDERED that all Defendants have until October 10, 2008, to file their motion. Any further requests for extension of time will be stricken.

Dated: 10/03/08

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

funt1157.eot2