IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GREGORIO C. FUNTANILLA, JR.,**<br><br>                                         Plaintiff,<br><br>v.<br><br>**KAREN KELLY, et al.,**<br><br>                                         Defendants. | CASE NO.: 2:02-cv-01157-LKK-GGH (PC)<br><br>**ORDER GRANTING DEFENDANTS' THIRD REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants' request for an extension of time to file a dispositive motion was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that all Defendants have until October 15, 2008, to file their motion.

Dated: 10/20/08               /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

funt1157.eot3