David Springfield, SBN 226630
LAW OFFICES OF DAVID SPRINGFIELD
PO Box 660/12896 Rices Crossing Road
Oregon House, CA 95962
Tel.: (530) 635-3615
Fax: (530) 692-9008
email:davids@succeed.net

Attorney for Plaintiff, Gregorio Funtanilla, Jr.
C-90825

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO FUNTANILLA, Jr.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KAREN KELLY, et al.,<br><br>　　　　　Defendants. | Case No.: CIV S-02-1157 LKK GGH P<br><br>ORDER<br>RE: APPLICATION TO SHORTEN TIME<br>FOR MOTION TO WITHDRAW AS<br>ATTORNEY |

### ORDER RE: APPLICATION FOR SHORTENING TIME

The Application for shortening time to have this Court consider a motion to withdraw as attorney is justified in this case because time is of the essence. Any Response to the Motion to Withdraw has to be filed on or before November 7, 2008. IT IS SO ORDERED.

Dated: 10/27/08

funt1157.wd

　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT

**[PROPOSED] ORDER**