IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA, JR.,

      Plaintiff,               No. CIV S-02-1157 LKK GGH P

  vs.

KAREN KELLY, et al.,

      Defendants.        ORDER

_____/

        On October 27, 2008, the court signed the proposed order submitted by plaintiff's counsel granting defendants until November 7, 2008, to respond to counsel's motion to withdraw as counsel. This order did not give plaintiff himself an opportunity to respond to the motion to withdraw.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff Gregorio Funtanilla, Jr. is granted ten days from the date of this order to file a response to counsel's motion to withdraw as his counsel;

        2. The Clerk of the Court is directed to serve this order on plaintiff: Gregorio Funtanilla, Jr., CDC # C-90825, California Substance Abuse Treatment Facility-Corcoran, P.O. Box 5242, Corcoran, CA, 93212;

/////

1

1        3. The hearing set for November 20, 2008, regarding defendants' summary

2 judgment motion is vacated.

3 DATED: November 19, 2008

4                                  /s/ Gregory G. Hollows

5                                UNITED STATES MAGISTRATE JUDGE

6 fun1157.ord(3)