1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORIO FUNTANILLA, JR.,

11          Plaintiff,              No. CIV S-02-1157 LKK GGH P

12      vs.

13   KAREN KELLY, et al.,

14          Defendants.            <u>ORDER</u>

15   _____/

16          Pending before the court is the October 15, 2008, motion filed by plaintiff's

17   counsel to withdraw.  On October 27, 2008, defendants filed a statement of non-opposition to

18   this motion.  On December 3, 2008, plaintiff himself filed an opposition.  In his opposition,

19   plaintiff states that he does not have a "personality clash" with his lawyer, although he believes

20   that counsel is inexperienced, overwhelmed and not up to speed.  Plaintiff states that his

21   opposition was prepared after consulting with jailhouse lawyer W. Berry.  The court also

22   observes that on October 1, 2008, plaintiff himself filed a summary judgment motion.

23          Based on counsel's steadfast belief that he cannot continue to litigate this case on

24   plaintiff's behalf, plaintiff's reservations regarding counsel's ability to represent him as well as

25   his demonstrated ability to litigate this action himself, the court will grant counsel's motion to

26   withdraw.

1

1        The parties are ordered below to file oppositions to the pending summary

2   judgment motions.  No requests for extension of time will be granted but for a showing of

3   substantial cause.

4        Accordingly, IT IS HEREBY ORDERED that:

5        1.  Counsel's October 20, 2008, motion to withdraw (no. 175) is granted; the

6   Clerk of Court shall remove David Springfield from the record as plaintiff's counsel; plaintiff

7   shall now proceed in pro se;

8        2.  Defendants' opposition to plaintiff's summary judgment motion is due within

9   thirty days of the date of this order;

10       3.  Within five days of the date of this order, defendants shall serve plaintiff with

11  their summary judgment motion and file proof of service; plaintiff's opposition is due thirty days

12  thereafter;

13       4.  No requests for extension of time will be granted but for a showing of

14  substantial cause.

15  DATED: December 12, 2008

16       /s/ Gregory G. Hollows

17       _____
     GREGORY G. HOLLOWS
     UNITED STATES MAGISTRATE JUDGE

18  fun1157.den

19

20

21

22

23

24

25

26