IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORIO C. FUNTANILLA, JR.,**<br><br>  Plaintiff,<br><br>  v.<br><br>**KAREN KELLY, et al.,**<br><br>  Defendants. | CASE NO.: 2:02-cv-01157-LKK-GGH (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

   Defendants' request for an extension of time to respond to Plaintiff's motion for summary judgment was considered by this Court, and good cause appearing.

   IT IS HEREBY ORDERED that all Defendants have until January 30, 2009, to file their opposition.

Dated: January 29, 2009

                                        /s/ Gregory G. Hollows
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

funt1157.eot

[Proposed] Order

1