IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO C. FUNTANILLA,

      Plaintiff,                No. CIV S-02-1157 LKK GGH P

   vs.

KAREN KELLY, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Cross motions for summary judgment are pending before the court and plaintiff is now proceeding in pro se. Accordingly, IT IS HEREBY ORDERED that the pretrial conference set for February 23, 2009, and the jury trial set for May 27, 2009, before the Honorable Lawrence K. Karlton are vacated; these dates will be re-set following resolution of the summary judgment motions, if appropriate.

DATED: February 5, 2009

                                            /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

fun1157.vac

1