IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA, JR.,

    Plaintiff,                      No. CIV S-02-1157 LKK GGH P

    vs.

KAREN KELLY, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Pending before the court is plaintiff's request for extension of time to file objections to the March 19, 2009, findings and recommendations. For the following reasons, this request is denied.

        On March 19, 2009, this court recommended that plaintiff's motion for partial summary judgment be denied and defendants' motion for partial summary judgment be granted. In the findings and recommendations, this court found that plaintiff had failed to oppose defendants' motion. Rather than filing an opposition addressing the merits of defendants' motion, plaintiff opposed defendants' motion on grounds that counsel previously appointed to represent him should not have consented to the filing of the motion. This court found that plaintiff's opposition was, in essence, an unauthorized motion to strike.

/////

1

In the pending request for extension of time, plaintiff states that he cannot file objections because he is being denied access to his legal property. Plaintiff requests that the court order prison officials to grant him access to his legal property.

Because plaintiff failed to oppose defendants' motion on the merits, the only issue he could address in his objections would be his failure to file an opposition addressing the merits of defendants' motion. In other words, plaintiff's objections may not address the merits of defendants' motion. For these reasons, plaintiff does not require access to his legal property to prepare his objections.

Based on the circumstances described above, plaintiff's request for extension of time and for access to his legal property is disingenuous.

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 6, 2009, motion for extension of time (no. 200) is denied.

DATED: May 5, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

fun1157.eot