IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA,

       Plaintiff,             No. CIV S-02-1157 LKK GGH P

    vs.

KAREN KELLY, et al.,

       Defendants.        <u>ORDER</u>

_____/

       IT IS HEREBY ORDERED that within twenty days of the date of this order, defendants shall file a response to plaintiff's May 21, 2009, motion for joinder (no. 207).

DATED: September 14, 2009

                        /s/ Gregory G. Hollows

                     _____
                        UNITED STATES MAGISTRATE JUDGE

fun1157.brf