UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * * * * * * * * * * *
GREGORIO C. FUNTANILLA, JR.,      *   No. 2:02-cv-01157-AK
                                  *
    Plaintiff,                    *
                                  *
v.                                *
                                  *
KAREN KELLY, et al.,              *   ORDER
                                  *
    Defendants.                   *
                                  *
* * * * * * * * * * * * * * * * *

The scheduling order in this case, entered on September 8, 2009, is vacated. A revised scheduling order will be entered after determination of Plaintiff's motion for joinder.

December 10, 2009

ALEX KOZINSKI
Chief Circuit Judge
Sitting by designation