## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

GREGORIO C. FUNTAILLA, JR.,

       Plaintiff,          No. CIV S-02-1157 AK

  vs.

KAREN KELLY, et al.,

       Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Gregorio C. Funtanilla, Jr., inmate # C-90825, a necessary and material witness in proceedings in this case on January 25, 2010, is confined in California Substance Abuse Treatment Facility, 900 Quebec Avenue, P.O. Box 7100, Corcoran, California, 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at California Substance Abuse Treatment Facility, January 25, 2010, at 11:15 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Substance Abuse Treatment Facility, 900 Quebec Avenue, P.O. Box 7100, Corcoran, California, 93212:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 14, 2009

_____
UNITED STATES DISTRICT JUDGE