UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * * *
                                  *
GREGORIO C. FUNTANILLA, JR.,      *   No. 2:02-cv-01157-AK
                                  *
    Plaintiff,                    *
                                  *
    v.                            *
                                  *
KAREN KELLY, et al.,              *   ORDER
                                  *
    Defendants.                   *
                                  *
* * * * * * * * * * * * * * * * *
```

   On April 10, 2013, the court granted Funtanilla's motion for joinder and allowed sixty days to serve Linda L. Melching.  No proof of service has been docketed pursuant to Fed. R. Civ. Pro. 4(*l*)(1) and Local Rule 210.  As more than 120 days have passed, Funtanilla is ordered to show cause why this case should not be dismissed pursuant to Fed. R. Civ. Pro. 4(m).  Funtanilla has fourteen days to respond to this order.  The response shall not exceed 2400 words.

   If no response is filed within fourteen days, the clerk shall enter an order dismissing the complaint against Linda Melching without prejudice.

August 21, 2013

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation